Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | No. 2-09-26056-GBN |
| SAMUEL CANO<br>MARIA ELENA CANO, | CHAPTER 11 |
| | MOTION FOR DISMISSAL |
| Debtors. | |

COME NOW the Debtors, by and through their attorneys undersigned, and pursuant to 11 U.S.C. § 1112, herein move that this Chapter 11 case be dismissed.    In contemplation of the filing of the Statement of Financial Affairs and Schedules, it became apparent to the Debtors they would be unable to ultimately submit a viable Plan of Reorganization which would be feasible.    The Debtors are not in need of a proceeding under Chapter 7. Accordingly, the Debtors request dismissal of this case.

RESPECTFULLY SUBMITTED this 10th day of November, 2009.

CARMICHAEL & POWELL,P.C.

By_____
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtors

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777

COPY of the foregoing sent electronically this 10th day of November, 2009, to:

Patty Chan
U.S. Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003
Patty.Chan@usdoj.gov

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 850020-5297
(602) 861-0777

- 2 -

U:\DWP\Cano, Samuel & Maria\Pldg\MtDismissal.doc